# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| SHEA WILLIS,<br><br>     Plaintiff,<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE, INC.,<br><br>     Defendant. | Case No. 1:18-cv-02517-SO<br><br>Honorable Judge Solomon Oliver, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SHEA WILLIS and the Defendant CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., incorrectly named as "Capital One Auto Finance, Inc," through their respective counsel that the above-captioned action is dismissed, with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 10, 2019          Respectfully Submitted,

SHEA WILLIS                              CAPITAL ONE AUTO FINANCE, A DIVISION
                                         OF CAPITAL ONE, N.A.

/s/ Joseph S. Davidson                   /s/ Jennifer L. Majewski (with consent)
Joseph S. Davidson                       Jennifer L. Majewski
*Counsel for Plaintiff*                  *Counsel for Defendant*
Sulaiman Law Group, LTD.                 Pilgrim Christakis LLP
2500 S. Highland Ave., Ste. 200          321 North Clark Street, 26th Floor
Lombard, Illinois 60148                  Chicago, Illinois 60654
Phone: (630) 575-8181                    Phone: (312) 939-0953
jdavidson@sulaimanlaw.com                jmajewski@pilgrimchristakis.com