# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| SHEA WILLIS, | |
|   Plaintiff, | Case No. 1:18-cv-02517-SO |
| v. | Honorable Judge Solomon Oliver, Jr. |
| CAPITAL ONE AUTO FINANCE, INC., | |
|   Defendant. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SHEA WILLIS and the Defendant CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., incorrectly named as "Capital One Auto Finance, Inc," through their respective counsel that the above-captioned action is dismissed, with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 10, 2019      Respectfully Submitted,

| | |
|---|---|
| SHEA WILLIS | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. |
| /s/ Joseph S. Davidson | /s/ Jennifer L. Majewski (with consent) |
| Joseph S. Davidson | Jennifer L. Majewski |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD. | Pilgrim Christakis LLP |
| 2500 S. Highland Ave., Ste. 200 | 321 North Clark Street, 26th Floor |
| Lombard, Illinois 60148 | Chicago, Illinois 60654 |
| Phone: (630) 575-8181 | Phone: (312) 939-0953 |
| jdavidson@sulaimanlaw.com | jmajewski@pilgrimchristakis.com |

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
10/21/2019